IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| LUIS O. BURGOS-DIAZ, #23485-069, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:04-cv-250-F |
| ) | WO |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on March 7, 2005 (Doc. #24), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that the 28 U.S.C. § 2241 petition for habeas corpus relief is DISMISSED as moot since a more favorable decision on the merits would not entitle petitioner to any additional relief.

DONE this 22nd day of April, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE