IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

LUIS O. BURGOS-DIAZ, #23485-069,   )
                                         )
       Petitioner,                 )
v.                                 )   CASE NO. 2:04-cv-250-F
                                         )         WO
UNITED STATES OF AMERICA, *et al.*,   )
                                         )
       Respondents.             )

# FINAL JUDGMENT

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that judgment is entered in favor of the respondents and

against the petitioner and that this action is DISMISSED.

DONE this 22nd day of April, 2005.

                                        /s/ Mark E. Fuller
                         CHIEF UNITED STATES DISTRICT JUDGE